NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

HECTOR GUTIERREZ
1015 ROSEWOOD AVE
INGLEWOOD CA. 90301
(424) 200-1504
HEG254@AOL.COM

ATTORNEY(S) FOR: PRO-PER

CLEAR FORM

FILED
CLERK, U.S. DISTRICT COURT
8/16/2026
CENTRAL DISTRICT OF CALIFORNIA
BY JB DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

HECTOR GUTIERREZ

Plaintiff(s),

v.

COUNTY OF LOS ANGELES, ET AL.

Defendant(s)

CASE NUMBER:

2:26-cv-09436 -MCS-AS

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)**

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for HECTOR GUTIERREZ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Hector Gutierrez | Plaintiff |
| County of Los Angeles | Defendant |
| County of Los Angeles Department of Beaches and Harbors | Operating department of Defendant County of Los Angeles |
| Officer Doe Owens, Serial No. 034 | Defendant (individual capacity) |
| Doe LASD Ticket Administrator 1 | Defendant (individual capacity) |

08-16-2026
Date

[signature]
Signature

Attorney of record for (or name of party appearing in pro per):

HECTOR GUTIERREZ