**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HECTOR GUTIERREZ,<br><br>Plaintiff,<br>v.<br><br>COUNTY OF LOS ANGELES, et. al.,<br><br>Defendants. | No. CV 26-09436-MCS(AS)<br><br>**ORDER RE CIVIL RIGHTS CASE** |

This case has been referred to United States Magistrate Judge Alka Sagar for pretrial proceedings. See Docket No. 5. All future pleadings and correspondence shall be addressed to: Alma Felix, Clerk to Magistrate Judge Alka Sagar, United States Courthouse, 255 E. Temple Street, Los Angeles, CA 90012.

\\

\\

\\

\\

\\

Plaintiff is advised that his **Complaint, filed on August 16, 2026, (Dkt. No. 1), may be served upon Defendants County of Los Angeles, Officer Doe Owens, and Doe LASD Ticket Administrator.** The Court will issue an order directing service of process.

In preparing and submitting all future pleadings and correspondence, Plaintiff must comply with the following requirements:

1. All documents concerning this case filed by a party without counsel are to be submitted for filing either by direct filing at the filing window or by mail, addressed to the Clerk at the address indicated above. All counsel must follow e-filing requirements as set forth in the Court's Local Rules. Pursuant to Local Civil Rule 83-2.5, the parties and their attorneys are to refrain from communicating with the Judge by letter or telephone call. All inquiries, requests, or other matters to be called to the Judge's attention regarding this case must be submitted for filing as motions, applications, or other appropriate pleadings. As discussed below, these pleadings must comply with Federal Rule of Civil Procedure 5.

2. At the top of page one (or the cover sheet, if any), Plaintiff shall provide his precise name and mailing address, as well as telephone number and facsimile number, if any. The address provided will be presumed correct and will be used to communicate with Plaintiff. **During the pendency of the action, Plaintiff must notify the Court immediately if his address changes and must provide the Court with the new address and its effective date. Any failure by Plaintiff to comply with a Court Order because Plaintiff did not receive the Order due to his failure to**

**inform the Court of his current address may result in dismissal of this action for failure to prosecute. See Local Civil Rule 41-6.**

3. Plaintiff shall write/type legibly. If possible, a typewritten or word processed document is preferable to a handwritten document. Plaintiff shall type or write the original document using ink sufficiently dark that it can be photocopied clearly.

4. Only one side of each page shall be used. Each document shall have at least a one-inch margin at the top of each page so that the document can be two-hole punched and properly bound in the Court file.

5. Plaintiff shall submit one original and one copy of all documents filed with the Court. The Clerk will not make photocopies of documents except for good cause shown. Plaintiff is reminded that he must sign the original document.

6. Once any Defendant has been served with process or has entered an appearance in the case, Federal Rule of Civil Procedure 5 requires that Plaintiff serve each Defendant's attorney (or the Defendant him or herself, if not represented by counsel) with a copy of every pleading or other document submitted for the Court's consideration. Each document submitted after any Defendant has entered an appearance in the case or has been served with process must be accompanied by a proof of service upon each such Defendant in accordance with Rule 5 and Local Civil Rule 5-3. Strict compliance with Rule 5 and Local Civil Rule 5-3 will be required, and any documents that fail to contain the required proof of service will be disregarded.

**Any document submitted that does not comply with the foregoing may be either returned to Plaintiff without filing or stricken and denied consideration by the Court.**

7. Finally, the Court notes that this action is governed by the Federal Rules of Civil Procedure and the Local Civil Rules for the Central District of California. Both *pro se* litigants and those represented by counsel are held to these rules of procedure.

8. Plaintiff is explicitly cautioned that failure to comply with the local or federal rules may be grounds for dismissal. See Local Civil Rule 83-2.2.4.

Dated: October 16, 2026

/s/
ALKA SAGAR
United States Magistrate Judge