**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HECTOR GUTIERREZ,<br><br>Plaintiff,<br>v.<br><br>COUNTY OF LOS ANGELES, et. al.,<br><br>Defendants. | No. CV 26-09436-MCS(AS)<br><br>**ORDER RE SERVICE OF PROCESS** |

The Court has reviewed Plaintiff's Complaint, filed on August 16, 2026. (Dkt. No. 1).

IT IS HEREBY ORDERED:

1. The Clerk of the Court is directed to provide Plaintiff with the appropriate number of USM-285 Forms ("Process Receipt and Return"), copies of the summons and the Order Directing Service, and a form Notice of Submission. The Clerk of the Court will keep the original summons for forwarding to the United States Marshal, along with copies of the Complaint filed on August 16, 2026.

2. In order to accomplish service of process by the United States Marshal, Plaintiff must complete these USM-285 forms and send them to Alma Felix, Clerk to Magistrate Judge Sagar, **no later than November 16, 2026.** Plaintiff must also complete the Notice of Submission to confirm that he has complied with the Court's Order and include it with the completed USM-285 forms. Upon receipt of the completed USM-285 forms and Notice of Submission, the Clerk of the Court will send the necessary documents to the United States Marshal for service of process and will file the Notice of Submission.

3. The completed USM-285 forms must be signed and legible, written in ink or typed. Only a Defendant named in the Court's Order Directing Service of Process can be included on a USM-285 form. Only one Defendant can be named on each USM-285 form. Plaintiff must provide a first and last name for each Defendant, as well as the Defendant's identification number, if available. Plaintiff must provide a complete street address where each Defendant can be served, together with any special instructions or other information that may assist in expediting service, such as whether the Defendant works in a specific part of the building or whether the Defendant works an evening shift. A post office box number is not acceptable. Plaintiff must sign each USM-285 form.

4. Plaintiff must specify on the USM-285 form whether the Defendant is being served as an individual or in his/her official capacity, or both, as indicated on the Order Directing Service of Process. If the Defendant is being served in his/her official capacity, or both his/her individual and official capacities, Plaintiff must indicate his/her official title. Plaintiff must complete a separate

USM-285 form for each capacity in which the Defendant is being served. For example, if the Order Directing Service of Process directs the United States Marshal to serve five Defendants in their individual capacities only, Plaintiff must complete five USM-285 forms. If the Order directs the United States Marshal to serve five Defendants in both their individual and official capacities, Plaintiff must complete ten USM-285 forms.

5. If Plaintiff does not send the completed USM-285 forms and Notice of Submission by **November 16, 2026**, this action will be subject to dismissal with prejudice.

6. The United States Marshal shall serve the Summons and Complaint as indicated on the Order Directing Service of Process by the United States Marshal.

Dated: October 16, 2026

/s/
ALKA SAGAR
United States Magistrate Judge