**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HECTOR GUTIERREZ,<br><br>PLAINTIFF(S)<br>v.<br>COUNTY OF LOS ANGELES, OFFICER DOE OWENS, and DOE LASD TICKET ADMINISTRATOR,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV 26-09436-MCS (AS)<br><br>**ORDER DIRECTING SERVICE OF PROCESS BY THE UNITED STATES MARSHAL** |

A request and declaration having been presented in compliance with the provisions of 28 U.S.C. § 1915; and an Order having been filed permitting commencement of suit without prepayment of filing fees;

IT IS HEREBY ORDERED that the United States Marshal is authorized to proceed with service of process upon the following defendants **only** without prepayment of cost, until further Order of the Court:

| | | |
|---|---|---|
| COUNTY OF LOS ANGELES | ☐ individually | ☒ official capacity |
| OFFICER DOE OWNES | ☐ individually | ☒ official capacity |
| OFFICER DOE OWENS | ☒ individually | ☐ official capacity |
| DOE LASD TICKET ADMINISTRATOR | ☐ individually | ☒ official capacity |
| DOE LASD TICKET ADMINISTRATOR | ☒ individually | ☐ official capacity |
| | ☐ individually | ☐ official capacity |
| | ☐ individually | ☐ official capacity |
| | ☐ individually | ☐ official capacity |

Upon receipt of this order, the United States Marshal may request that the defendant(s) waive service. If a waiver of service is not returned by a defendant within thirty (30) days of the date of mailing a request for waiver, the United States Marshal shall personally serve process upon that defendant.

October 16, 2026
Date

/s/ Alka Sagar
United States Magistrate Judge